FILED
May 16, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER KING,<br><br>Defendant. | CASE NO. 2:24-cr-0120 KJM<br><br>18 U.S.C. § 2251(a) and (e) – Attempted Sexual Exploitation of a Minor; 18 U.S.C. § 2252(a)(2) – Distribution of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(4)(B) – Possession of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. § 2253(a) - Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) – Attempted Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

CHRISTOPHER KING,

defendant herein, between in or about January 2012 and in or about May 2016, in the County of Tehama, State and Eastern District of California, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "Minor Victim #1," with the intent that the minor engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, to wit: a video recording, knowing and having reason to know that the visual depiction would be transported and transmitted using any means and

facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2252(a)(2) – Distribution of Visual Depiction of a Minor Engaging in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

CHRISTOPHER KING,

defendant herein, between on or about May 15, 2021 and on or about May 29, 2021, in the County of Tehama, State and Eastern District of California, and elsewhere, did knowingly distribute one or more visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been mailed and so shipped and transported by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT THREE: [18 U.S.C. § 2252(a)(4)(B) – Possession of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

CHRISTOPHER KING,

defendant herein, on or about May 11, 2022, in the County of Tehama, State and Eastern District of California, did knowingly possess at least one image which contained a visual depiction of a minor engaged in sexually explicit conduct that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been shipped and transported, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual

depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant CHRISTOPHER KING shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

a. Black Samsung Galaxy S9, IMEI: 358212098414344

b. Black Samsung Galaxy S8, IMEI: 355986085887124

c. Black and Silver Samsung Sky S320, IMEI: 359258072926901

d. Toshiba DTP110 Hard Drive, SN: 93POSEMPSSX3

e. Cruzer Glide Flash Drive, SN: BM180725881B

f. White Shasta College Flash Drive

g. Blue SD Card

h. Red and Gray SanDisk SD micro

i. Black Acer Laptop, SN: NXMVGAA0025330C05E7600

j. Black and Silver HP Laptop, SN: 3CY15028KC

k. PC desktop tower with Seagate 3000BG HD, SN: Z1F3TQR1

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

*No.* __________

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

CHRISTOPHER KING

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e); 18 U.S.C. § 2252(a)(2); 18 U.S.C. § 2252(a)(4)(B); 18 U.S.C. § 2253(a)

*A true bill,*

/s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* 16th *day*

*of* May, *A.D. 20* 24

/s/R.Alvarez

*Clerk.*

*Bail, $* **No Bail Warrant Pending Hearing**

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

**United States v. Christopher King**
**Penalties for Indictment**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 2252(a) and (e) – Attempted Sexual Exploitation of a Minor

PENALTIES: Mandatory minimum of 15 years in prison and a maximum of 30 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. § 3583(k));
Forfeiture;
Mandatory Restitution for victims (18 U.S.C. §§ 2259 and 3663);
Mandatory Special Assessment: $100 (18 U.S.C. § 3013);
Special Assessment: $5,000 (18 U.S.C. § 3014);
Discretionary Special Assessment: $50,000 (18 U.S.C. § 2259A(a)(3)) and
Registration as a sex offender.

**COUNT 2:**

VIOLATION: 18 U.S.C. § 2252(a)(2) – Distribution of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of 20 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. § 3583(k));
Forfeiture;
Mandatory Restitution for victims (18 U.S.C. §§ 2259 and 3663);
Mandatory Special Assessment: $100 (18 U.S.C. § 3013);
Special Assessment: $5,000 (18 U.S.C. § 3014);
Discretionary Special Assessment: $35,000 (18 U.S.C. § 2559A(a)(2)) and
Register as a sex offender.

**COUNT 3:**

VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct

PENALTIES: Maximum of 10 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. § 3583(k));

Forfeiture;
Mandatory Restitution for victims (18 U.S.C. §§ 2259 and 3663);
Mandatory Special Assessment: $100 (18 U.S.C. § 3013);
Special Assessment: $5,000 (18 U.S.C. § 3014);
Discretionary Special Assessment: $17,000 (18 U.S.C. § 2559A(a)(1)) and
Register as a sex offender.

**FORFEITURE ALLEGATION:** **all Defendants**

VIOLATION: 18 U.S.C. 2253(a) Criminal Forfeiture

PENALTIES: As stated in the charging document