FILED
May 16, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER KING,<br>Defendant. | CASE NO. 2:24-cr-0120 KJM<br>PETITION TO SEAL INDICTMENT |

TO THE HONORABLE CHI SOO KIM, UNITED STATES MAGISTRATE JUDGE:

I, Whitnee Goins, Assistant United States Attorney for the Eastern District of California, petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, a proposed indictment charging the above named defendant with violations of 18 U.S.C. § 2251(a) and (e); 18 U.S.C. § 2252(a)(2); 18 U.S.C. § 2252(a)(4)(B); and 18 U.S.C. § 2253(a). The Indictment has been returned by the Grand Jury to this Honorable Court.
2. The investigating agents believe that public disclosure of this indictment against defendant, CHISTOPHER KING will adversely affect the ongoing covert investigation.

THEREFORE, your petitioner asks that the aforesaid indictment, this Petition, and the Order to Seal, be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until further order of this Court.

DATED: May 16, 2024

PHILLIP A. TALBERT
United States Attorney

By: _/s/ Whitnee Goins_______________
WHITNEE GOINS
Assistant U.S. Attorney