UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 24, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER KING,

Defendant.

Case No. 2:24-cr-00120-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHRISTOPHER KING</u> Case No. <u>2:24-cr-00120-KJM</u>  Charges <u>18 USC § 2251</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__x__   Unsecured Appearance Bond $  <u>10,000.00</u>

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__x__   (Other): <u>Released forthwith where the defendant must directly report to the Pretrial Services office on 5/28/2024 at 9 AM in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 and with terms as stated on the record.</u>

Issued at Sacramento, California on May 24, 2024 at 2:25 PM

Dated:  May 24, 2024

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE