PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00120-DC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| CHRISTOPHER KING | DATE: December 17, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Dena Coggins |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, and Assistant Federal Defender Mia Crager, counsel for defendant Christopher King, that the status conference scheduled for December 17, 2024, be continued to **December 20, 2024, at 9:30 a.m.**, as this case was recently reassigned to the Honorable Dena Coggins.

The parties jointly request a time exclusion because any previous exclusion of time tethered to a date before the former district court is no longer applicable. Additionally, defense counsel requires additional time to complete the review of discovery and investigation. The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case.

Accordingly, the parties request that the status conference in this matter be reset for December 20, 2024. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree

1

that time is excludable from October 8, 2024 through December 20, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: October 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney

Dated: October 8, 2024

/s/ MIA CRAGER
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER KING

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for December 17, 2024, at 10:00 a.m. before Senior District Judge Kimberly J. Mueller is continued to **December 20, 2024, at 9:30 a.m.** before District Judge Dena M. Coggins. The time period between October 8, 2024 and December 20, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 10, 2024**

Dena Coggins
United States District Judge