**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  )<br>                    Plaintiff,  )<br>       vs.  )<br> Christopher King,  )<br>                    Defendant  ) | Case No. Cr.S-24-CR-120-DC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>Date: February 21, 2025<br>Time: 9:30 a.m.<br>Court: Hon. Dena Coggins |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, newly appointed CJA attorney, Jan David Karowsky, counsel for defendant Christopher King, that the status conference scheduled for February 21, 2025 at 9:30 a.m., be continued to April 25, 2025, at 9:30 a.m..

- 1 -

Defense counsel was just recently appointed to substitute in for the Federal Defender's Office and requires additional time to review discovery and investigation; meet with the client; and undertake additional investigation, if necessary.

The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case.

Accordingly, the parties request that the status conference in this matter be reset to April 25, 2025 at 9:30 a.m.. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, the parties agree that time is excludable from February 21, 2025 through April 25, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: February 12, 2025              Respectfully submitted,

                                                  MICHELE BECKWITH
                                                  Acting United States Attorney

                                                  /s/ WHITNEE GOINS

                                                  by
                                                  WHITNEE GOINS
                                                  Assistant United States Attorney

DATED:  February 12, 2025              JAN DAVID KAROWSKY
                                                  Attorney at Law
                                                  A Professional Corporation

                                                  /s/ Jan David Karowsky

                                                  by
                                                  JAN DAVID KAROWSKY
                                                  Attorney for Defendant
                                                  Christopher King

**O R D E R**

**IT IS HEREBY ORDERED** that the Status Conference scheduled for February 21, 2025, at 9:30 a.m. is VACATED and RESET for April 25, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between February 21, 2025 and April 25, 2025 is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) and(B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 13, 2025**

Dena Coggins
United States District Judge