**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Defendant
Christopher King

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. Cr.S-24-CR-120-DC |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE STATUS** |
| | ) **CONFERENCE AND [PROPOSED]** |
| Christopher King, | ) **ORDER** |
| Defendant | ) **Date:  January 16, 2026** |
| | ) **Time:  9:30 a.m.** |
| | ) **Court: Hon. Dena Coggins** |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Jan David Karowsky, counsel for defendant Christopher King, that the status conference scheduled for January 16, 2026 at 9:30 a.m., be continued to March 13, 2026 at 9:30 a.m..

The defense has submitted extensive material to the prosecutor who needs significant additional time to review and respond to the defense regarding how to proceed on the case.

Once that information is conveyed to the defense, counsel for the defendant will need additional time to discuss it with the defendant; continue to review new discovery; investigate new information; consult with Mr. King; and otherwise prepare for trial.

Therefore, the parties request that the status conference in this matter be reset to March 13, 2026 at 9:30 a.m.. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, the parties agree that time is excludable from January 16, 2026 through March 13, 2026 pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: January 8, 2026                    Respectfully submitted,

                                          ERIC GRANT
                                          United States Attorney

                                          /s/ HEIKO COPPOLA

                                          by
                                          HEIKO COPPOLA
                                          Assistant United States Attorney

DATED:  January 8, 2026                   JAN DAVID KAROWSKY
                                          Attorney at Law
                                          A Professional Corporation

                                          /s/ Jan David Karowsky

                                          by
                                          JAN DAVID KAROWSKY
                                          Attorney for Defendant
                                          Christopher King

# **O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 8, 2026 (Doc. No. 50), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for January 16, 2026, is VACATED and RESET for March 13, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 16, 2026 and March 13, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 12, 2026**

_____
Dena Coggins
United States District Judge

- 3 -