**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Defendant
Christopher King

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Christopher King,<br><br>Defendant | Case No. 2:24-cr-00120-DC<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING DATE AND SET A NEW STATUS CONFERENCE DATE; ORDER**<br><br>**Date: August 28, 2026**<br>**Time: 9:30 a.m.**<br>**Court: Hon. Dena Coggins** |

**PROCEDURAL HISTORY**

I, Jan David Karowsky, do hereby declare under penalty of perjury that the foregoing is true and correct and as to those allegations made on information and belief, I believe them to be true. Executed on July 9, 2026 at Sacramento County, California.

/s/ Jan Karowsky

On April 17, 2026, Mr. King entered a guilty plea to 18 USC sec 2251 (a), attempted sexual exploitation of a minor, pursuant to a written plea agreement. The Sentencing Hearing was set on August 28, 2026 at 9:30 a.m..

A probation interview has not yet been accomplished. Mr. King worked full-time and, with a lengthy prison sentence awaiting him, was attempting to make as much money as possible, apparently to be given to his mother. Living in Red Bluff, he had no transportation to come to Sacramento for an interview and was not able to get time off for an interview.

Then, on July 9, 2026, I have just been informed, he was arrested for violations of his Pre-Trial Release conditions and it is anticipated he will be arraigned on those charges on July 10, 2026.

In conversation with AUSA Heiko Coppola today, he agrees the sentencing date of August 28, 2026 should be vacated and a new status conference be set, allowing for time to accomplish a probation interview, at which a new sentencing date and disclosure schedule can be established. I have also spoken with Senior Probation Officer Julie Besabe who indicated she had no opposition to vacating the set Sentencing Hearing date and setting a status conference.

Therefore, I am requesting the Court vacate the Sentencing Hearing now set for August 28, 2026 at 9:30 a.m. and set a new status conference on August 7, 2026 at 9:30 a.m. before Judge Coggins.

DATED: July 9, 2026

Respectfully submitted,

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

by /s/ Jan David Karowsky, Esq.

JAN DAVID KAROWSKY
Attorney for Defendant
Christopher King

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered Defendant's Unopposed motion filed on July 9, 2026 (Doc. No. 64), and good cause appearing therefrom, APPROVES the request as to scheduling. Accordingly, the Sentencing Hearing set for August 28, 2026, and the related Presentence Report briefing schedule is VACATED and a Status Conference is SET for August 7, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins, at which a new sentencing hearing date and Presentence Report briefing schedule will be set.

IT IS SO ORDERED.

Dated: **July 19, 2026**

Dena Coggins
United States District Judge