**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
Telephone: (916) 402-8223
Email: KarowskyLaw@sbcglobal.net

Attorney for Defendant
Christopher King

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Christopher King,<br>Defendant | Case No. 24-CR-120-DC<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS; REQUEST TO SEAL DOCUMENTS; ORDER** |

TO: THE HONORABLE DENA COGGINS:

In accordance with Local Rule 141, defendant Christopher King, hereby gives notice of the submission of a Request to Seal Documents and Proposed Order to the Court.

## I. DOCUMENTS TO BE SEALED

In order for the Court properly to consider the merits of defendant's Sentencing Memorandum, which will be filed on or about October 23, 2026, the defendant requests to

submit a psychiatric report from Dr. Matthew Soulier, Exhibit B, concerning Mr. King and all Quarterly reports the defense received from New Beginnings (Exhibits F, G, H, I, J, K, L), the counseling service used by Pretrial Services which reported quarterly on issues and progress regarding Mr. King's ordered counseling under seal, all of which previously have been provided to the prosecutor and the probation officer.

## II. BASIS FOR SEALING

The above-referenced psychiatric report and the New Beginnings reports are being sought to be sealed since they contain highly personal and confidential information; confidential and medically protected diagnoses and opinions; and information and allegations which could put Mr. King's safety and life in danger in prison. Disclosure of this information would also violate the confidentiality the law provides relative to medical diagnoses and opinions.

To seal records, "[A]fter taking all relevant factors into consideration, the district court must base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135 (9th Cir. 2003); see also *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665 (9th Cir. 2010); *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011).

## III. MANNER IN WHICH THE REQUEST TO SEAL DOCUMENTS, PROPOSED ORDER, AND DOCUMENTS TO BE SEALED, WERE SUBMITTED TO THE COURT AND COUNSEL

The Request to Seal Documents, the Proposed Order, and the psychiatric report and the New Beginnings reports were previously provided to the prosecutor and the probation officer and are again being provided to them when they were e-mailed to the Court's proposed orders email box. The government has indicated it does not object to the sealing of all these documents.

DATED: October 20, 2026

Respectfully submitted,

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

by

JAN DAVID KAROWSKY
Attorney for Christopher King

**ORDER**

**IT IS HEREBY ORDERED,** the court, having received, read and considered the Defendant's Request to Seal (Doc. No. 73), and good cause appearing therefrom, APPROVES the Request. Accordingly, the Psychiatric Report and Quarterly Reports received from New Beginnings to be filed as Exhibits in support of Defendant's forthcoming Sentencing Memorandum shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dena Coggins
United States District Judge